UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                          CRIMINAL NO. 4:09CR5-TSL-JCS

ERIC STEPHEN LIGHTNER

## ORDER GRANTING MOTION TO DISMISS COUNTS

This cause having come on for consideration on the motion of the government to dismiss Counts 2, 3, 4, 5, 6, 7, 8 and 9 of this Indictment as to the defendant Eric Stephen Lightner only, as the defendant Eric Stephen Lightner entered a plea of guilty to Count 1 of the Indictment in this matter and has been sentenced by the Court.

THEREFORE, the Court is of the opinion and so finds that the government's motion to dismiss Counts 2, 3, 4, 5, 6, 7, 8 and 9 of this Indictment, as to the defendant Eric Stephen Lightner only, is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Counts 2, 3, 4, 5, 6, 7, 8 and 9 of this Indictment, as to the defendant Eric Stephen Lightner , are hereby dismissed without prejudice.

SO ORDERED, this the  8th  of February, 2010.


/s/Tom S. Lee
SENIOR U.S. DISTRICT COURT JUDGE